

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00504-CR

TORRENCE RENARD IVY, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 434th District Court of Fort Bend County.   (Tr. Ct. No. 11-DCR-056582A).

**TO THE 434TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 10th day of July 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on May 10, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered July 10, 2014.

Panel consists of Chief Justice Radack and Justices Massengale and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 16, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

